# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| | § | |
| Old LC, Inc. (f/k/a Loot Crate, Inc.), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc., | § § § § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 23, 2022 AT 10:30 A.M. (ET)

**AT THE DIRECTION OF THE COURT, THIS HEARING IS CANCELLED**

### ADJOURNED MATTER

1. Pretrial Conference [D.I. 13 – filed February 3, 2022]

    Objection Deadline: None

---

[1] Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. Debtors' noticing address in their Bankruptcy Cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

[2] **Amended items appear in bold.**

605002205

Responses Received:

a) None

Related Documents:

a) Complaint [D.I. 1 – filed February 2, 2022]

b) [*Sealed*] Exhibit A to Complaint [D.I. 3 – filed February 2, 2022]

c) Notice of Filing of Proposed Redacted Version Exhibit A to Debtors' Complaint [D.I. 22 – filed February 7, 2022]

d) Summons and Notice of Pretrial Conference [D.I. 13 – filed February 3, 2022]

e) The Loot Company's Motion to Dismiss [D.I. 28 – filed March 7, 2022]

f) First Amended Complaint [D.I. 31 – filed March 21, 2022]

g) Plaintiffs' Response to The Loot Company's Motion to Dismiss [D.I. 32 – filed March 21, 2022]

Status: **Counsel to the Plaintiffs and Defendants have requested, and the Court has determined, to adjourn the pretrial conference to a date to be determined by the Court.**

Dated: March 23, 2022

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

 */s/ Mark I. Duedall*
Mark I. Duedall (No. 3346)
Leah Fiorenza McNeill (*admitted pro hac vice*)
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email:        mark.duedall@bclplaw.com
                  leah.fiorenza@bclplaw.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Andrew J. Schoulder (*Admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: andrew.schoulder@bclplaw.com

-and-

**ROBINSON & COLE LLP**
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
Mark A. Fink (No. 3946)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
Email: nramsey@rc.com
jedmonson@rc.com
mfink@rc.com

*Co-Counsel to Plaintiffs*