# United States Bankruptcy Court
## District of Delaware

In re: Old LC, Inc., *et al.*,[1]
Debtor

Old LC, Inc., (f/k/a Loot Crate, Inc.), *et al.*,
Plaintiff

v.

The Loot Company, (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors) and John Doe, Defendant

Case No.: 19-11791 (BLS)

Chapter: 11

Adv. Proc. No.: 22-50107 (BLS)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: |
|---|
| 824 Market Street, 3rd Floor |
| Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Jamie L. Edmonson, Esquire |
|---|---|
| | Natalie D. Ramsey, Esquire |
| | Robinson & Cole LLP |
| | 1201 N. Market Street, Suite 1406 |
| | Wilmington, DE 19801 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room **6th Floor, Courtroom #1** |
|---|---|
| **United States Bankruptcy Court** | Date and Time |
| **824 Market Street** | |
| **Wilmington, DE 19801** | **May 25, 2022 at 10:30 a.m.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy Court for the District of Delaware

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: March 29, 2022

---

[1] The Debtors are the following four entities: Old LC, Inc. (f/k/a Loot Crate, Inc.), Old LC Holdings, Inc. (f/k/a Loot Crate Holdings, Inc.), Old LCF, Inc. (f/k/a LC Funding, Inc.), and Old LC Parent, Inc. (f/k/a Loot Crate Parent, Inc.).