# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § | |
| Defendants. | § | |

## ORDER APPROVING STIPULATION REGARDING TIME TO FILE ANSWER OR OTHER RESPONSE

In connection with having filed their First Amended Complaint (D.I. 31), and the parties to the attached Stipulation (the "Stipulation") having agreed to the terms of the Stipulation, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and venue being proper pursuant to 28 U.S.C. § 1409, accordingly it is hereby ORDERED THAT:

1. The Stipulation is approved.

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

- 1 -

2. The Plaintiffs shall serve a copy of this Order on all parties to the Adversary Proceeding, and all taxing authorities either subject to a payment plan as to their pre-petition claims or which have not been paid in full on account of their pre-petition claims, within three (3) business days after entry hereof.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**Dated: March 31st, 2022**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

USA.605017848.2/XRB

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § | |
| Defendants. | § | |

## STIPULATION REGARDING
## TIME TO FILE ANSWER OR OTHER RESPONSE

This Stipulation is entered into by (i) the Debtors and the Plaintiffs (the "***Plaintiffs***") in the action styled as *Old LC, Inc. (f/k/a Loot Crate, Inc.), et al., v. The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe (In re Old LC, Inc. et al.)*, Adv. Proc. No. 22-50107 (the "***Adversary Proceeding***"), (ii) Defendants The Loot Company (f/k/a Loot Crate Acquisition LLC) and Loot (Assignment for the Benefit of Creditors),

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

LLC (the "*Defendants*"), and (iii) the Official Committee of Unsecured Creditors of the Debtors (the "*Committee*").

1. The Defendants shall answer or otherwise respond to the Plaintiffs' First Amended Complaint by April 29, 2022.

2. After the Defendants file answers or other responses to the First Amended Complaint, the parties shall meet and confer on or before May 10, 2022.

3. The Plaintiffs shall file their response(s) to any motion(s) to dismiss (or other applicable motion in respect of) the First Amended Complaint by May 20, 2022.

4. The Defendants shall, if they choose to file a reply, file such reply by June 3, 2022.

| | |
|---|---|
| */s/ Jamie L. Edmonson* | */s/ Erin R. Fay* |
| **ROBINSON & COLE LLP** | **BAYARD, P.A.** |
| Jamie L. Edmonson (No. 4247) | Erin R. Fay, Esq. (No. 5268) |
| 1201 North Market Street | 600 North King Street. Suite 400 |
| Suite 1406 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 429-4242 |
| Telephone: (302) 516-1700 | Email: efay@bayardlaw.com |
| Facsimile: (302) 516-1699 | |
| Email: jedmonson@rc.com | **COOLEY LLP** |
| | Cathy Hershcopf (*Admitted pro hac vice*) |
| **BRYAN CAVE LEIGHTON PAISNER LLP** | Lauren A. Reichardt (*Admitted pro hac vice*) |
| Mark I. Duedall (No. 3346) | 55 Hudson Yards |
| Leah Fiorenza McNeill *(Admitted pro hac vice)* | New York, NY 10001 |
| Brian C. Walsh *(Admitted pro hac vice)* | Telephone: (212) 479-6000 |
| 1201 W. Peachtree Street, NW, 14th Floor | Facsimile: (212) 479-6275 |
| Atlanta, Georgia 30309-3471 | Email: chershcopf@cooley.com |
| Telephone: (404) 572-6600 | lreichardt@cooley.com |
| Facsimile: (404) 572-6999 | |
| Email: mark.duedall@bclplaw.com | *Counsel to The Loot Company* |
| leah.fiorenza@bclplaw.com | |
| brian.walsh@bclplaw.com | |

| | |
|---|---|
| Andrew J. Schoulder (*Admitted pro hac vice*)<br>1290 Avenue of the Americas<br>New York, New York 10104-3300<br>Telephone: (212) 541-2000<br>Facsimile: (212) 541-4630<br>Email: andrew.schoulder@bclplaw.com<br><br>*Co-Counsel to the Plaintiffs* | */s/ Ron Bender*<br>**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK, LLP**<br>Ron Bender (*Admitted pro hac vice*)<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>Email: RB@lnbyg.com<br><br>*Counsel to Loot (Assignment for the Benefit of Creditors), LLC* |