# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al*., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), John Doe, and Loot (Assignment for the Benefit of Creditors), LLC | § | Related Doc: 31, 35 |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I, Jamie L. Edmonson, hereby certify that a true and correct copies of the *Amended Complaint* and *Summons and Notice of Pretrial Conference in Adversary Proceeding* were filed electronically in the above-captioned proceeding on March 21, 2022 and March 29, 2022, with the United States Bankruptcy Court and served upon the parties on the attached service list via Certified Mail and Email Notification March 29, 2022.

*/s/ Jamie L. Edmonson*
Jamie L. Edmonson (No. 4247)

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

Registered Agent for Defendant The Loot Company:
The Loot Company LLC
c/o The Delaware Corporation Agency, Inc
600 North King Street, Suite 400
Wilmington, Delaware 19801

Local Counsel for Defendant:
Erin R. Fay
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com


Defendant The Loot Company, f/k/a Loot Crate Acquisition LLC
c/o Cooley LLP
Attn: Cathy Hershcopf and Lauren Reichardt
55 Hudson Yards
New York, New York 10001
chershcopf@cooley.com
lreichardt@cooley.com

Defendant Loot (Assignment for the Benefit of Creditors), LLC
c/o Levene Neale Bender Yoo & Golubchik, LLP
Attn:  Ronald Bender
2818 La Cienega Avenue
Los Angeles, California 90034
RB@lnbyg.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1120 0001 5580 3539

Erin R. Fay
Bayard, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1120 0001 5580 3553

Loot Company, f/k/a Loot Crate Acquisition LLC
c/o Cooley LLP
Attn: Cathy Hershcopf and Lauren Reichardt
55 Hudson Yards
New York, New York 10001

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1120 0001 5580 3546

The Loot Company LLC
c/o The Delaware Corporation Agency, Inc
600 North King Street, Suite 400
Wilmington, Delaware 19801

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1120 0001 5580 3560

Loot (Assignment for the Benefit of Creditors), LLC
c/o Levene Neale Bender Yoo & Golubchik, LLP
Attn: Ronald Bender
2818 La Cienega Avenue
Los Angeles, California 90034