## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| | § | |
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate | § | |
| Acquisition LLC), Loot (Assignment | § | |
| for the Benefit of Creditors), LLC, and | § | |
| John Doe, | § | |
| Defendants. | § | |

### ORDER APPROVING SECOND STIPULATION REGARDING TIME FOR LOOT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC TO FILE RESPONSE TO FIRST AMENDED COMPLAINT

The Plaintiffs having filed their First Amended Complaint (D.I. 31), and this Court having entered on March 31, 2022 its Order Approving Stipulation Regarding Time to File Answer or Other Response (the "***Original Stipulation***") (D.I. 37), and Loot (Assignment for the Benefit of Creditors), LLC ("***Loot ABC***") and the Debtors now seeking, by the attached second stipulation (the "***Second Stipulation***"), an extension of various deadlines relating to the filing of a response to the First Amended Complaint by Loot ABC and a corresponding extension of time for the

---

[1]    The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

USA.605124275.4/XRB

- 2 -

Plaintiffs to then respond, and the Plaintiffs and Loot ABC having agreed to the terms of the Further Stipulation, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and venue being proper pursuant to 28 U.S.C. § 1409, accordingly it is hereby ORDERED THAT:

1. The Second Stipulation annexed hereto is approved.

2. The Plaintiffs shall serve a copy of this Order on all parties to the Adversary Proceeding, and all taxing authorities either subject to a payment plan as to their pre-petition claims or which have not been paid in full on account of their pre-petition claims, within three (3) business days after entry hereof.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**Dated: April 25th, 2022**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

USA.605124275.4/XRB

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| | § | |
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate | § | |
| Acquisition LLC), Loot (Assignment | § | |
| for the Benefit of Creditors), LLC, and | § | |
| John Doe, | § | |
| Defendants. | § | |

**SECOND STIPULATION REGARDING
TIME FOR LOOT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC TO
FILE ANSWER OR OTHER RESPONSE**

This Stipulation is entered into by (i) the Debtors and the Plaintiffs (the "***Plaintiffs***") in the

action styled as *Old LC, Inc. (f/k/a Loot Crate, Inc.), et al., v. The Loot Company (f/k/a Loot Crate*

*Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe (In re Old*

*LC, Inc. et al.)*, Adv. Proc. No. 22-50107 (the "***Adversary Proceeding***") and (ii) Defendant Loot

(Assignment for the Benefit of Creditors), LLC (the "***Loot ABC***," together with Plaintiffs, the

"***Parties***").

---

[1]    The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc.  The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

- 1 -

1.      Unless otherwise agreed by the Parties or ordered by the Court, Loot ABC shall answer or otherwise respond to the Plaintiffs' First Amended Complaint by May 13, 2022.

2.      After Loot ABC files an answer or other response to the First Amended Complaint, the Parties shall meet and confer on or before May 24, 2022.

3.      Unless otherwise agreed by the Parties or ordered by the Court, the Plaintiffs shall file their response(s) to any motion(s) filed by Loot ABC to dismiss (the "*Motion*," or other applicable motion in respect of) the First Amended Complaint by June 3, 2022.

4.      Unless otherwise agreed by the Parties or ordered by the Court, Loot ABC shall file any reply in support of Loot ABC's Motion by June 17, 2022.

5.      Nothing herein shall change or extend any of the deadlines set forth in the Original Stipulation that relate to the Loot Company LLC′s response to the First Amended Complaint, the Plaintiff′s responses thereto, if any, and the Loot Company LLC′s timing for any reply, including the obligation of the Plaintiffs and The Loot Company LLC to meet and confer prior to May 10, 2022.

<table>
<tr><td>

**ROBINSON & COLE LLP**

/s/ Jamie L. Edmonson
Jamie L. Edmonson (No. 4247)
1201 North Market Street
Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile:  (302) 516-1699
Email:  jedmonson@rc.com

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Brian C. Walsh (*Admitted pro hac vice*)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600

</td><td>

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK, LLP**

/s/ Ron Bender
Ron Bender (*Admitted pro hac vice*)
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@lnbyg.com

*Counsel to Loot (Assignment for the Benefit of Creditors), LLC*

</td></tr>
</table>

- 2 -

- 3 -

Facsimile:  (404) 572-6999
Email:  mark.duedall@bclplaw.com
       brian.walsh@bclplaw.com


Andrew J. Schoulder (*Admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile:  (212) 541-4630
Email: andrew.schoulder@bclplaw.com

*Co-Counsel to the Plaintiffs*

AGREED AS TO PARAGRAPH 5

**BAYARD, P.A.**


*/s/ Erin R. Fay*
Erin R. Fay, Esq. (No. 5268)
600 North King Street. Suite 400
Wilmington, Delaware 19801
Telephone: (302) 429-4242
Email: efay@bayardlaw.com

**COOLEY LLP**
Cathy Hershcopf (*Admitted pro hac vice*)
Lauren A. Reichardt (*Admitted pro hac vice*)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: chershcopf@cooley.com
       lreichardt@cooley.com

*Counsel to The Loot Company*

USA.605124275.4/XRB