## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § | |
| Defendants. | § | |

## ORDER APPROVING THIRD STIPULATION REGARDING TIME FOR LOOT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC TO FILE RESPONSE TO FIRST AMENDED COMPLAINT

The Plaintiffs having filed their First Amended Complaint (D.I. 31), and this Court having entered on March 31, 2022 its Order Approving Stipulation Regarding Time to File Answer or Other Response (the "***Original Stipulation***") (D.I. 37), and this Court having entered on April 25, 2022 its Order Approving Second Stipulation Regarding Time for Loot (Assignment for the Benefit of Creditors), LLC to File a Response to First Amended Complaint (D.I. 43), and Loot (Assignment for the Benefit of Creditors), LLC ("***Loot ABC***") and the Debtors now seeking, by the attached third stipulation (the "***Third Stipulation***"), an extension of various deadlines relating

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

to the filing of a response to the First Amended Complaint by Loot ABC and a corresponding extension of time for the Plaintiffs to then respond, and the Plaintiffs and Loot ABC having agreed to the terms of the Further Stipulation, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and venue being proper pursuant to 28 U.S.C. § 1409, accordingly it is hereby ORDERED THAT:

1. The Third Stipulation annexed hereto is approved.

2. The Plaintiffs shall serve a copy of this Order on all parties to the Adversary Proceeding, and all taxing authorities either subject to a payment plan as to their pre-petition claims or which have not been paid in full on account of their pre-petition claims, within three (3) business days after entry hereof.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

**Dated: May 6th, 2022**
**Wilmington, Delaware**

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § | |
| | § | |
| Defendants. | § | |

## THIRD STIPULATION REGARDING TIME FOR LOOT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC TO FILE ANSWER OR OTHER RESPONSE

This Stipulation is entered into by (i) the Debtors and the Plaintiffs (the "***Plaintiffs***") in the action styled as *Old LC, Inc. (f/k/a Loot Crate, Inc.), et al., v. The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe (In re Old LC, Inc. et al.)*, Adv. Proc. No. 22-50107 (the "***Adversary Proceeding***") and (ii) Defendant Loot (Assignment for the Benefit of Creditors), LLC (the "***Loot ABC***," together with Plaintiffs, the "***Parties***").

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309.

- 1 -

1. Unless otherwise agreed by the Parties or ordered by the Court, Loot ABC shall answer or otherwise respond to the Plaintiffs' First Amended Complaint by June 13, 2022.

2. After Loot ABC files an answer or other response to the First Amended Complaint, the Parties shall meet and confer on or before June 24, 2022.

3. Unless otherwise agreed by the Parties or ordered by the Court, the Plaintiffs shall file their response(s) to any motion(s) filed by Loot ABC to dismiss (the "*Motion*," or other applicable motion in respect of) the First Amended Complaint by July 1, 2022.

4. Unless otherwise agreed by the Parties or ordered by the Court, Loot ABC shall file any reply in support of Loot ABC's Motion by July 15, 2022.

5. Nothing herein shall change or extend any of the deadlines set forth in the Original Stipulation that relate to the Loot Company LLC's response to the First Amended Complaint, the Plaintiff's responses thereto, if any, and the Loot Company LLC's timing for any reply, including the obligation of the Plaintiffs and The Loot Company LLC to meet and confer prior to May 10, 2022.

| | |
|---|---|
| **ROBINSON & COLE LLP** | **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK, LLP** |
| */s/ Jamie L. Edmonson* <br> Jamie L. Edmonson (No. 4247) <br> 1201 North Market Street <br> Suite 1406 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 516-1700 <br> Facsimile: (302) 516-1699 <br> Email: jedmonson@rc.com | */s/ Ron Bender* <br> Ron Bender (*Admitted pro hac vice*) <br> 2818 La Cienega Avenue <br> Los Angeles, CA 90034 <br> Telephone: (310) 229-1234 <br> Facsimile: (310) 229-1244 <br> Email: RB@lnbyg.com <br><br> *Counsel to Loot (Assignment for the Benefit of Creditors), LLC* |

**BRYAN CAVE LEIGHTON PAISNER LLP**
Mark I. Duedall (No. 3346)
Brian C. Walsh (*Admitted pro hac vice*)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email: mark.duedall@bclplaw.com
          brian.walsh@bclplaw.com


Andrew J. Schoulder (*Admitted pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
Email: andrew.schoulder@bclplaw.com

*Co-Counsel to the Plaintiffs*

AGREED AS TO PARAGRAPH 5

**BAYARD, P.A.**


*/s/ Erin R. Fay*
Erin R. Fay, Esq. (No. 5268)
600 North King Street. Suite 400
Wilmington, DE 19801
Telephone: (302) 429-4242
Email: efay@bayardlaw.com

**COOLEY LLP**
Cathy Hershcopf (*Admitted pro hac vice*)
Lauren A. Reichardt (*Admitted pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: chershcopf@cooley.com
          lreichardt@cooley.com

*Counsel to The Loot Company*