# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*.[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § | |
| Defendants. | § | |

## DEBTORS' MOTION TO DISMISS THE LOOT COMPANY'S COUNTERCLAIMS

Plaintiffs/Counterclaim Defendants Old LC, Inc., Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. (collectively, "***Debtors***"), through the undersigned counsel, hereby move (the "***Motion***") the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding by Rule 7012 of the Federal Rules of Bankruptcy Procedure, for entry of an order dismissing the Counterclaims filed by Defendant/Counterclaim Plaintiff The Loot Company (f/k/a Loot Crate Acquisition LLC) ("***The Loot Company***" or "***Purchaser***").

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309. The Debtors were formerly named Loot Crate, Inc., Loot Crate Holdings, Inc., LC Funding, Inc., and Loot Crate Parent, Inc. Following the closing of the sale of substantially all of the Debtors' assets, the Debtors filed the necessary documentation in the applicable jurisdictions to change their corporate names and filed the *Notice of Changes of Debtors' Names and Case Caption* [D.I. 265] with the Court, all in accordance with the terms of the sale and the order approving the same [D.I. 254].

605335269

In support of this Motion, the Debtors rely on and incorporate herein by reference their *Opening Brief in Support of Debtors' Motion to Dismiss The Loot Company's Counterclaims* filed contemporaneously herewith.

Dated: June 3, 2022

                                              **BRYAN CAVE LEIGHTON PAISNER LLP**

                                              */s/ Mark I. Duedall*
                                              Mark I. Duedall (No. 3346)
                                              Brian C. Walsh (*Admitted pro hac vice*)
                                              1201 W. Peachtree Street, NW, 14th Floor
                                              Atlanta, Georgia 30309-3471
                                              Telephone: (404) 572-6600
                                              Facsimile: (404) 572-6999
                                              Email: mark.duedall@bclplaw.com
                                                      Brian.walsh@bclplaw.com

                                              **BRYAN CAVE LEIGHTON PAISNER LLP**
                                              Andrew J. Schoulder (*Admitted pro hac vice*)
                                              1290 Avenue of the Americas
                                              New York, New York 10104-3300
                                              Telephone: (212) 541-2000
                                              Facsimile: (212) 541-4630
                                              Email: andrew.schoulder@bclplaw.com

                                              -and-

                                              **ROBINSON & COLE LLP**
                                              Natalie D. Ramsey (No. 5378)
                                              Jamie L. Edmonson (No. 4247)
                                              Mark A. Fink (No. 3946)
                                              1201 North Market Street
                                              Suite 1406
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 516-1700
                                              Facsimile: (302) 516-1699
                                              Email: nramsey@rc.com
                                                      jedmonson@rc.com
                                                      mfink@rc.com

                                              *Co-Counsel to Plaintiffs*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 Case |
| | § | |
| Old LC, Inc., *et al.*,[1] | § | Case No. 19-11791 (BLS) |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| Old LC, Inc. (f/k/a Loot Crate, Inc.), *et al.*, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 22-50107 (BLS) |
| | § | |
| The Loot Company (f/k/a Loot Crate Acquisition LLC), Loot (Assignment for the Benefit of Creditors), LLC, and John Doe, | § | |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS THE LOOT COMPANY'S COUNTERCLAIMS

Upon consideration of the the Debtors' *Motion to Dismiss The Loot Company's Counterclaims* (the "**Motion**"); and proper and adequate notice of the Motion having been given; and it appearing that no other or further notice being necessary; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Old LC, Inc. (7119), Old LC Holdings, Inc., Old LCF, Inc., and Old LC Parent, Inc. The Debtors' noticing address in these Chapter 11 cases is c/o Bryan Cave Leighton Paisner LLP, Attn: Mark I. Duedall, 1201 W. Peachtree Street, 14th Floor, Atlanta, Georgia 30309. The Debtors were formerly named Loot Crate, Inc., Loot Crate Holdings, Inc., LC Funding, Inc., and Loot Crate Parent, Inc. Following the closing of the sale of substantially all of the Debtors' assets, the Debtors filed the necessary documentation in the applicable jurisdictions to change their corporate names and filed the *Notice of Changes of Debtors' Names and Case Caption* [D.I. 265] with the Court, all in accordance with the terms of the sale and the order approving the same [D.I. 254].

605335269

2. The Loot Company's Counterclaims are dismissed for failure to state a claim on which relief can be granted.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

605335269

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, I caused the ***DEBTORS' MOTION TO DISMISS THE LOOT COMPANY'S COUNTERCLAIMS*** to be electronically filed with the Court and served upon the parties that are registered to receive notice via the Court's CM/ECF notification system.

I further certify that additional service was completed via first class United States Mail, postage prepaid, upon the parties listed on the attached Exhibit A.

Dated: June 3, 2022

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Mark I. Duedall*
Mark I. Duedall (No. 3346)
1201 W. Peachtree Street, NW, 14th Floor
Atlanta, Georgia 30309-3471
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
Email: mark.duedall@bclplaw.com

*Co-Counsel to Plaintiffs*

# EXHIBIT A

Alabama Department of Revenue
1434 22nd Avenue
Tuscaloosa, AL 35401

Alabama Department of Revenue
Tax Department
2020 Valleydale Road, #208
Birmingham, AL 35244

Alabama Department of State Revenue
Attn: Mary Martin Mitchell
3114 Gordon Persons Building
50 N. Ripley Street
P.O. Box 32000
Montgomery, AL 36130

Office of the Arizona Attorney General
c/o Tax, Bankruptcy and Collection Section
Attn: Lorraine Averitt
2005 North Central Avenue
Suite 100
Phoenix, AZ 85004

State of Arizona
Attn: Tax Audit and Collections
P.O. Box 1466, MS 1170
Mesa, AZ 85211-1466

California Department of Tax and Fee Administration
505 North Brand Boulevard, Suite 700
Glendale, CA 91203-3946

California Department of Tax and Fee Administration
P.O. Box 942879
Sacramento, CA 94279-0055

Colorado Springs Finance Dept.
Sales Tax Division
Department 2408
Denver, CO 80256-0001

State of Connecticut
Department of Revenue Services
Attn: Ana Box
Compliance Resolution Unit
Bankruptcy Section
450 Columbus Boulevard, Suite 1
Hartford, CT 06103-1837

Florida Department of Revenue
Voluntary Disclosure Program
P.O. Box 5139
Tallahassee, FL 32314-5139

State of Florida – Department of Revenue
c/o Frederick F. Rudzik
P.O. Box 6668
Tallahassee, FL 32314-6668

State of Florida – Department of Revenue
c/o Richard Atherton
Revenue Specialist
P.O. Box 8045
Tallahassee, FL 32314-8045

Florida Department of Revenue
Attn: Leonard Ceci
P.O. Box 5139
Tallahassee, FL 32314-5139

Georgia Department of Revenue
Attn: Merrill Jacobson
Compliance Division
1800 Century Boulevard, Suite 7207
Atlanta, GA 30345

605335269

Hawaii Department of Taxation
Post Office Box 259
Honolulu, HI 96809-0259

Illinois Department of Revenue
Attn: Ricky Gleason
Post Office Box 19014
Springfield, IL 62794-9014

Indiana Department of Revenue
Bankruptcy Section
Attn: Anita Terrell
100 North Senate Avenue MS-108
Indianapolis, IN 46204

Indiana Department of State Revenue
Attn: Steven D. Carpenter
Associate General Counsel
100 North Senate Ave., Room N248
Indianapolis, IN 46204-2253

Iowa Department of Revenue
Attn: Kurt Konek
Hoover State Office Building
1305 Walnut Street
Des Moines, IA 50319

Commonwealth of Kentucky Department of Revenue
Attn: Thomas Wolfe
Legal Support Branch
P.O. Box 5222
Frankfort, KY 40602

Clark Jesse
Kentucky Department of Revenue
P.O. Box 5222
Frankfort, KY 40602

Louisiana Department of Revenue
Attn: Rick Addison
Audit Review & Appeals Division
617 North Third Street
P.O. Box 4936
Baton Rouge, LA 70821

Maine Revenue Services
Attn: Scott A. Paquet
P.O. Box 1060
Augusta, ME 04332

Comptroller of Maryland
Attn: Voluntary Disclosure Department
301 West Preston Street, Room 203
Baltimore, MD 21201

Comptroller of Maryland
Attn: Angela Mason
301 W. Preston Street, Room 409
Baltimore, MD 21201-2383

Comptroller of Maryland
Attn: Kimberly B. Stephens, Esq.
301 W. Preston Street, Room 410
Baltimore, MD 21201-2383

Comptroller of Maryland
Attn: Melinda Dunmire
Assistant to Director, Compliance Division
301 West Preston Street
Baltimore, MD 21201-2383

Michigan Department of Treasury - Revenue/AG
P.O. Box 30456
Lansing, MI 48909

Michigan Department of Treasury
Attn: Heather L. Donald
Bankruptcy Unit
3030 W. Grand Boulevard, Suite 10-200
P.O. Box 30168
Lansing, MI 48909

Mississippi Department of Revenue
Attn: Jeff Dotson
P.O. Box 1033
Jackson, MS 39215

Nebraska Department of Revenue
P.O. Box 94818
Lincoln, NE 68509

New Jersey
Department of the Treasury
Division of Taxation
P.O. Box 281
Trenton, NJ 08695

Norman Fivel
Assistant Attorney General
Civil Recoveries Bureau, the Capital
Albany, NY 12224-0341

New York State Dept. of Taxation
and Finance
Attn: Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

North Carolina Department of Revenue
Attn: Thomas O. Robbins
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602

North Carolina Department of Revenue
Attn: Director of Taxpayer Assistance and
Collection Division
P.O. Box 871
Raleigh, NC 27602

North Dakota State Tax Commissioner
Attn: Patrick A. Baros
600 East Boulevard Avenue
Department 127
Bismark, ND 58505

Pennsylvania Department of Revenue
Attn: Joseph J. Swartz
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128

South Carolina Department of Revenue
Attn: Rose M. Steward
P.O. Box 12265
Columbia, SC 29211

Texas Comptroller of Public Accounts
c/o Office of the Attorney General
Attn: Byron Evans, II
Lydia Hewett
Bankruptcy & Collection Division
P.O. Box 12548, MC-008
Austin, TX 78711

Texas Attorney General
Bankruptcy & Collections Division
c/o Christopher Murphy
P.O. Box 12548, MC008
Austin TX 78711-2548

Utah State Tax Commission
Attn: Jim Thompson
210 North 1950 West
Salt Lake City, UT 84314

605335269

| | |
|---|---|
| Vermont Department of Taxes<br>Attn: Will Baker<br>Director, Legal Unit<br>133 State Street<br>Montpelier, VT 05602 | Washington State, Department of Revenue<br>P.O. Box 47464<br>Olympia, WA 98504-7464 |
| Washington Department of Revenue<br>Attn: Sam Seal<br>2101 4th Avenue, Suite 1400<br>Seattle, WA 98121 | Washington State Dept. of Revenue<br>Attn: Victor J. Crossetti<br>Compliance Division<br>1904 Humboldt Street, Suite A<br>Bellingham, WA 98225 |
| Wisconsin Department of Revenue<br>2135 Rimrock Road<br>P.O. Box 8906<br>Madison, WI 53708-8906 | Wisconsin Department of Revenue<br>Attn: Jill Ritchie<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 |
| Australian Taxation Office<br>26 Narellan Street<br>Canberra ACT 2601<br>Australia | The Loot Company (fka Loot Crate Acquisition LLC)<br>c/o The Delaware Corporation Agency, Inc.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801 |
| Erin R. Fay<br>Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801 | Cathy Hershcopf<br>Lauren Reichardt<br>Cooley LLP<br>55 Hudson Yards<br>New York, NY 10001 |
| Ronald Bender<br>Beth Ann R. Young<br>Levene Neale Bender Yoo & Golubchik, LLP<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034 | David Vogel<br>Cooley LLP<br>Reston Town Center<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5656 |
| Josef W. Mintz<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | Ira L. Herman<br>Blank Rome LLP<br>1271 Avenue of the Americas<br>New York, NY 10020 |

605335269